IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX BELFI, *Pro Se*, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 24-05489 |
| HONORABLE NINA WRIGHT PADILLA, | : | |
| THOMAS WAGNER, LENDINGCLUB BANK, | : | |
| N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 4th day of December 2025, upon consideration of *Defendant the Honorable Nina Wright Padilla's Motion to Dismiss for Failure to State a Claim* (ECF No. 60), and *pro se Plaintiff's Memorandum of Law in Opposition to ECF No. 60* (ECF No. 61), it is hereby **ORDERED** said Motion is **GRANTED WITH PREJUDICE**.[1]

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**

---

[1] *Pro se* Plaintiff is **ORDERED** to make no further filings in this action as it relates to Judge Nina Wright Padilla, which has been marked closed with the exception that Plaintiff will be permitted to file a notice of appeal from this Order. Therefore, the Clerk of Court is **DIRECTED** not to accept any further pleadings from *pro se* Plaintiff Belfi under this case caption – other than a notice of appeal – because *pro se* Plaintiff is enjoined from filing documents or things under the above case caption until such time as the Court lifts the injunction.