**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEX BELFI, *Pro Se*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 24-05489 |
| HONORABLE NINA WRIGHT PADILLA, | : | |
| THOMAS WAGNER, LENDINGCLUB BANK, | : | |
| N.A., *et al*., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of June 2026, upon consideration of *Defendants LendingClub Bank, NA's and Thomas Wagner, Esq.'s Motion to Dismiss for Failure to State a Claim* (ECF Nos. 62 and 71), and *Pro se Plaintiff's Memorandum of Law in Opposition* (ECF Nos. 63 and 75), it is hereby **ORDERED that:**

1.  Defendant LendingClub Bank, NA's Motion to Dismiss (ECF No. 62) is **GRANTED WITH PREJUDICE**,

2.  Defendant Thomas Wagner, Esq.'s Motion to Dismiss (ECF No. 71) is **GRANTED WITH PREJUDICE**,

3.  Plaintiff's Motion to Compel Release of Exempt Veteran's Disability Benefits (ECF No. 46) is **DENIED AS MOOT**.

4.  It is further **ORDERED** Pro se Plaintiff may not make any further filings in this action as it relates to LendingClub Bank NA and Thomas Wagner, Esq., which has been marked closed with the exception that Plaintiff will be permitted to file a notice of appeal from this Order.

5.  Therefore, the Clerk of Court is **DIRECTED** not to accept any further pleadings from Pro se Plaintiff Belfi under this case caption – other than a notice of appeal – because Pro se Plaintiff is enjoined from filing documents or things under the above case caption until such time as the Court lifts the injunction.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**